UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>$50,710.00 U.S. CURRENCY,<br><br>              Defendant. | NO. CV-11-081-EFS<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Before the Court, without oral argument, is the United States Attorneys' Office's (USAO) Motion for Entry of Default Judgment of Forfeiture, ECF No. 18. The USAO filed its Verified Complaint for Forfieture *In Rem* on February 25, 2011, seeking forfeiture of the Defendant property. ECF No. 1. On March 30, 2011, the U.S. Marshals Service executed the Warrant of Arrest In Rem; the returned warrant was filed with the Court on April 15, 2011. ECF No. 6. On April 20, 2011, Tri Thanh Nguyen and attorney Khanh C. Tran were served, via certified mail, with a copy of the Verified Complaint for Forfeiture In Rem, ECF No. 1, Warrant of Arrest In Rem, ECF No. 6, and Notice of Complaint for Forfeiture, ECF No. 7-1, which specifies the claim requirements under Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture

ORDER ~ 1

Actions G(5), and specifically states the claim deadline. ECF No. 7. Based on the April 20, 2011 direct notice service date, the last date to file a timely claim was May 23, 2011. ECF No. 7-1. To date, no claim or response has been received from Tri Thanh Nguyen.

On April 25, 2011, Mai Truc was served, via certified mail, in care of attorney Frederick Whang, with a copy of the Verified Complaint for Forfeiture In Rem, ECF No. 1, Warrant of Arrest In Rem, ECF No. 6, and Notice of Complaint for Forfeiture, ECF No. 8-1, which specifies the claim requirements under Supplemental Rule G(5), and specifically states the claim deadline. ECF No. 8. Based on the April 25, 2011 direct notice service date, the last date to file a timely claim was May 30, 2011. ECF No. 8-1. To date, no claim or response has been received from Mai Truc.

In accordance with Supplemental Rule G(4)(a)(iv)(C), notice was posted on an official government website, www.forfeiture.gov, beginning on March 24, 2011. ECF No. 8. Based upon the internet publication start date of March 24, 2011, the last date to file a timely claim was May 23, 2011. No valid or timely claim of interest has been received or filed with the Court from Tri Thanh Nguyen, Mai Truc, or from any other person or entity, and the time allowed for filing of such a claim has expired.

On June 7, 2011, the USAO filed its Motion[s] for Default, ECF Nos. 9 & 10, which were served via certified mail, return receipt requested, upon Tri Thanh Nguyen, in the care of attorney Khanh C. Tran, and upon Mai Truc, in care of attorney Frederick Whang.

ORDER ~ 2

On June 24, 2011, the USAO filed its Motion[s] for Default, ECF Nos. 12 & 14, which were served via certified mail, return receipt requested, upon Tri Thanh Nguyen, in care of attorney Khanh C. Tran, and upon Mai Truc, in care of attorney Frederick Whang. Clerk's Orders of Default were entered by the Clerk on June 24, 2011. ECF Nos. 16 & 17.

Accordingly, **IT IS HEREBY ORDERED**:

1. The USAO's Motion for Entry of Default Judgment of Forfeiture, **ECF No. 18**, is **GRANTED.**

2. Pursuant to 21 U.S.C. § 881(a)(6), the Defendant $50,710.00 U.S. Currency is forfeited to the United States of America, and no right, title, or interest in the Defendant currency shall exist in any other party.

3. The United States shall dispose of the above-described Defendant assets in accordance with law.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this ___1st___ day of August 2011.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
United States District Judge

Q:\Civil\2011\81.Default.Judgment.Forfeiture.wpd

ORDER ~ 3